**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JASON TAYLOR                                                                    PLAINTIFF

v.                                      5:19CV00028-JM-JTK

PATRICA SNYDER                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice, for failure to prosecute.   The relief

sought is denied.

IT IS SO ADJUDGED this 6th day of March, 2019.


_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE